**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-2300**
_____

ANDERSSON GUSTAFSSON ADVOKATBYRA KB,

            Plaintiff – Appellant,

      v.

RALPH D. GENUARIO; DR. MAIJA HARKONEN; JOHN PACKARD,

            Defendants – Appellees,

      and

ESCRUB SYSTEMS, INC.,

            Defendant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Liam O'Grady, District
Judge.  (1:10-cv-00632-LO-TRJ)

_____

Submitted:  April 30, 2012            Decided:  May 9, 2012

_____

Before DAVIS, KEENAN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Michael Holm, LECLAIR RYAN, PC, Alexandria, Virginia,
for Appellant. Ralph D. Genuario, Alexandria, Virginia; Dr.
Maija Harkonen, Alexandria, Virginia, Appellees Pro Se.  Eric J.
Berghold, Robert H. J. Loftus, MCCANDLISH & LILLARD, PC,
Fairfax, Virginia, for Appellee John Packard.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andersson Gustafsson Advokatbyra KB appeals the district court's orders granting summary judgment in favor of Appellee John Packard on the Appellant's claim of misrepresentation, denying default judgment against Appellees Ralph Genuario and Maija Harkonen and dismissing the Appellant's claims against them, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Advokatbyra KB v. Genuario</u>, No. 1:10-cv-00632-LO-TRJ (E.D. Va. Sept. 7 & 26, 2011; Oct. 24, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>